**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1282**

_____

LARRY WEST,

                                        Plaintiff - Appellant,

        versus

THETFORD PROPERTY MANAGEMENT,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  W. Earl Britt, Senior District Judge.  (CA-01-139-7-BR)

_____

Submitted:  May 15, 2003                Decided:  May 20, 2003

_____

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry West, Appellant Pro Se.  Laura J. Wetsch, JOYCE L. DAVIS & ASSOCIATES, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry West appeals the district court's order dismissing his civil action alleging employment discrimination.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See West v. Thetford Prop. Mgmt., No. CA-01-139-7-BR (E.D.N.C. Feb. 14, 2003).  We deny West's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2